UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CENTER FOR FOOD SAFETY**, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>**MARGARET A. HAMBURG**, Commissioner, United States Food and Drug Administration, *et al.*,<br><br>  Defendants. | Case No.  14-cv-04932-YGR |
| **HUMANE SOCIETY OF THE UNITED STATES**, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>**MARGARET A. HAMBURG**, Commissioner, United States Food and Drug Administration, *et al.*,<br><br>  Defendant. | Case No.  14-cv-04933-YGR<br><br>**ORDER CONTINUING HEARING; SETTING BRIEFING SCHEDULE** |

On February 18, 2015, Elanco Animal Health ("Elanco") filed motions to intervene in both of the above-captioned related actions. (Dkt. No. 27 in Case No. 14-cv-4932 and Dkt. No. 28 in Case No. 14-cv-4933.) The hearing on those motions is hereby **CONTINUED** from March 31, 2015 to **April 1, 2015** at **2 p.m.** in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

On March 2, 2015, Elanco filed unopposed administration motions on both dockets seeking to join in the previously set schedule for pre-filing letters in both actions. (Dkt. No. 29 in Case No. 14-cv-4932 and Dkt. No. 30 in Case No. 14-cv-4933.) That motion is **DENIED**. However, Elanco may file one letter of no more than five pages on **March 31, 2015**, outlining how any of its positions differ from those expressed by the federal defendants. The parties in both

actions are instructed to send courtesy copies of their pre-filing letters to Elanco on the same timeline previously set by the Court at the February 23, 2015 case management conference.

This Order terminates Dkt. No. 29 in Case No. 14-cv-4932 and Dkt. No. 30 in Case No. 14-cv-4933.

**IT IS SO ORDERED.**

Dated: March 5, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**