United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CENTER FOR FOOD SAFETY**, *et al.*,<br>Plaintiffs,<br>v.<br>**MARGARET A. HAMBURG**, Commissioner, United States Food and Drug Administration, *et al.*,<br>Defendants. | Case No. 14-cv-04932-YGR |
| **HUMANE SOCIETY OF THE UNITED STATES**, *et al.*,<br>Plaintiffs,<br>v.<br>**MARGARET A. HAMBURG**, Commissioner, United States Food and Drug Administration, *et al.*,<br>Defendant. | Case No. 14-cv-04933-YGR<br><br>**ORDER CONSOLIDATING CASES** |

The Court hereby **ORDERS** that the above-captioned cases are **CONSOLIDATED**, with Case No. 14-cv-4932 as the lead case. All future filings in these matters shall be on the docket for the lead case.

**IT IS SO ORDERED.**

Dated: March 5, 2015

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**