UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CENTER FOR FOOD SAFETY**, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>**MARGARET A. HAMBURG**, Commissioner, United States Food and Drug Administration, *et al.*,<br><br>    Defendants. | Case No.  14-cv-04932-YGR<br><br>**[PROPOSED] ORDER RE: STIPULATION TO EXTEND BRIEFING SCHEDULE**<br><br>*AS MODIFIED BY THE COURT* |

Upon consideration of this matter having come before the Court on the parties' joint stipulation to extend the briefing schedule (Dkt. No. 47), and for good cause shown, it is hereby **ORDERED** that the briefing schedule be revised as follows:

- Plaintiffs' affidavits in support of standing shall be filed on or before May 19, 2015.
- Federal Defendants' Motion to Dismiss shall be filed on or before June 2, 2015.
- Intervenor-Defendant's Motion to Dismiss shall be filed on or before June 9, 2015.
- Plaintiffs' Opposition to Federal Defendants' and Intervenor-Defendant's Motion to Dismiss shall be filed on or before June 23, 2015.
- Federal Defendants' and Intervenor-Defendant's reply briefs to Plainitffs' Opposition to Federal Defendants' and Intervenor-Defendant's Motion to Dismiss shall be filed on or before June 30, 2015.
- Hearing on Rule 12 Motions set for July 28 at 2 p.m. in Courtroom 1 of the Federal Courthouse located at 1301 Clay Street, Oakland, California.

This Order terminates Docket Number 47.

**IT IS SO ORDERED.**

Dated: April 21, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**