UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR FOOD SAFETY, CENTER FOR BIOLOGICAL DIVERSITY, and SIERRA CLUB, | Consolidated Case Nos. 4:14-cv-04932-YGR and 4:14-cv-04933-YGR |
| Plaintiffs, | |
| and | |
| THE HUMANE SOCIETY OF THE UNITED STATES, UNITED FARM WORKERS, and ANIMAL LEGAL DEFENSE FUND, | **ORDER ALLOWING PLAINTIFFS TO REPLY IN OPPOSITION TO DEFENDANT FDA'S POSITION** |
| Plaintiffs, | Re: Dkt. No. 82 |
| v. | |
| MARGARET A. HAMBURG, Commissioner, United States Food & Drug Administration, and the FOOD & DRUG ADMINISTRATION, | |
| Defendants, | |
| and | |
| ELANCO ANIMAL HEALTH, | |
| Intervenor-Defendant. | |

Having reviewed Plaintiffs' request to file a reply in opposition to Defendant FDA's position brief (Dkt. No. 82), the Court hereby **GRANTS** Plaintiffs' request.

Plaintiffs shall file their reply, non-repetitive of their prior response (Dkt. No. 80) and not to exceed three (3) pages in length, no later than Wednesday, October 7, 2015.

**IT IS SO ORDERED.**

Dated: October 2, 2015

_____

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**