1

2

3

4

5

6

7

8

**THE UNITED STATES DISTRICT COURT**

9

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| CENTER FOR FOOD SAFETY, *et al.*, | )  Consolidated Case Nos. |
| | )  4:14-cv-4932-YGR and 4:14-cv-4933-YGR |
| Plaintiffs, | ) |
| | ) |
| and | )  **[PROPOSED] ORDER** |
| | ) |
| THE HUMANE SOCIETY OF THE | ) |
| UNITED STATES, *et al.*, | )  Re: Dkt. No. 88 |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| MARGARET A. HAMBURG, | ) |
| Commissioner, United States Food and | ) |
| Drug Administration, *et al.*, | ) |
| | ) |
| Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| ELANCO ANIMAL HEALTH, | ) |
| | ) |
| Intervenor-Defendant. | ) |

24

25

26

27

28

CONSOLIDATED CASE NOS. 4:14-CV-4932-YGR AND 4:14- CV-4933-YGR
[PROPOSED] ORDER

1 **ORDER**

2   For the reasons stated in the Court's Order on Intervenor-Defendant's Motion to Dismiss

3 and Order to Show Cause Re: Stay Pending Exhaustion, dated November 5, 2015 (Dkt. No. 88),

4 and the Parties' Joint Statement Regarding Stay Pending Exhaustion, it is by the Court hereby

5   ORDERED that Intervenor-Defendant's Motion to Dismiss for Failure to Exhaust

6 Administrative Remedies (Dkt. No. 58) is hereby GRANTED and Plaintiffs' Complaint is

7 hereby DISMISSED with prejudice.

8   IT IS SO ORDERED.

9

10 Dated: <u>November 18</u>, 2015

YVONNE GONZALEZ ROGERS
11 U.S. District Court Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28