UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CENTER FOR FOOD SAFETY**, *et al.*,<br><br>              Plaintiffs,<br>and<br><br>**HUMANE SOCIETY OF THE UNITED STATES**, *et al.*,<br><br>              Plaintiffs,<br>       v.<br><br>**MARGARET A. HAMBURG**, Commissioner, United States Food and Drug Administration, *et al.*,<br><br>              Defendants,<br>and<br><br>**ELANCO ANIMAL HEALTH**,<br><br>              Intervenor-Defendant. | Consolidated Case Nos. 14-cv-04932-YGR and 14-cv-04933-YGR<br><br>**JUDGMENT** |

In accordance with the Court's Order of Dismissal (Dkt. No. 90), it is hereby **ORDERED** that final judgment is entered in favor of Defendants.

**IT IS SO ORDERED.**

Dated: November 19, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**