PETER A. BRANDT (CSB 241287)
The Humane Society of the United States
1255 23rd Street, NW, Suite 450
Washington, D.C. 20037
T: (202) 676-2354 / F: (202) 676-2357
Emails: pbrandt@humanesociety.org

PAIGE M. TOMASELLI (CSB 237737)
Center for Food Safety
303 Sacramento Street, 2nd Floor
San Francisco, CA 94111
T: (415) 826-2770 / F: (415) 826-0507
Email: ptomaselli@centerforfoodsafety.org

*Counsel for Plaintiffs*

[Complete list of counsel on signature page]

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
2/1/2018

# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR FOOD SAFETY, *et al.*, | Consolidated Case Nos. |
| Plaintiffs, | 4:14-cv-4932-YGR and 4:14-cv-4933-YGR |
| and | **STIPULATION OF VOLUNTARY DISMISSAL** |
| THE HUMANE SOCIETY OF THE UNITED STATES, *et al.*, | |
| Plaintiffs, | Hon. Yvonne Gonzalez Rogers |
| v. | |
| MARGARET A. HAMBURG, COMMISSIONER, UNITED STATES FOOD AND DRUG ADMINISTRATION *et al.*, | |
| Defendants, | |
| and | |
| ELANCO ANIMAL HEALTH, | |
| Intervenor-Defendant. | |

| | |
|---|---|
| 1 | **STIPULATION OF VOLUNTARY DISMISSAL** |
| 2 | Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby agree to a voluntary dismissal |
| 3 | with prejudice of the above-captioned matter. The parties have agreed to dismiss the above- |
| 4 | captioned action as follows: |

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(B), execution of this stipulation by counsel for Plaintiffs Center for Food Safety, Center for Biological Diversity, Sierra Club, The Humane Society of the United States, Animal Legal Defense Fund, and the United Farm Workers of America ("Plaintiffs"), by counsel for Defendant Food and Drug Administration ("FDA" or "Defendant"), and by counsel for Intervenor-Defendant Elanco Animal Health ("Intervenor") shall constitute a dismissal of this action with prejudice. This stipulation of voluntary dismissal is signed by all parties who have appeared.

2. Each party will bear its own costs and attorneys' fees in this case. Plaintiffs waive all claims under the Equal Access to Justice Act, 28 U.S.C. § 2412; 5 U.S.C. § 504; 47 C.F.R. Part 1, Subpart K; and any other rights to attorneys' fees or costs that may arise under any provision of law, including but not limited to the above-cited provisions, relating to the investigation and litigation of this matter. Similarly, Defendants and Intervenor waive any claims or rights they may otherwise have to attorneys' fees or costs relating to the investigation and litigation of this matter.

3. Undersigned counsel are fully authorized to enter into this stipulation on behalf of their respective clients.

Respectfully submitted this 1st day of February 2018.

/s/_____
PETER A. BRANDT (CSB 241287)
The Humane Society of the United States
1255 23rd Street, NW, Suite 450
Washington, D.C. 20037
T: (202) 676-2354 / F: (202) 676-2357
Email: pbrandt@humanesociety.org

| | |
|---|---|
| 1 | PAIGE M. TOMASELLI (CSB 237737) |
| | Center for Food Safety |
| 2 | Sierra Club |
| | 303 Sacramento Street, 2nd Floor |
| 3 | San Francisco, CA 94111 |
| 4 | T: (415) 826-2770 / F: (415) 826-0507 |
| | Email: ptomaselli@centerforfoodsafety.org |
| 5 | |
| | HANNAH M.M. CONNOR *pro hac vice* |
| 6 | The Center for Biological Diversity |
| 7 | 1411 K Street NW, Suite 1300 |
| | Washington, DC 20005 |
| 8 | T: (202) 681-1676 |
| | Email: hconnor@biologicaldiversity.org |
| 9 | |
| 10 | CRISTINA R. STELLA |
| | Animal Legal Defense Fund |
| 11 | 525 E. Cotati Ave. |
| | Cotati, CA 94931 |
| 12 | T: (707) 795-2533 ext. 1055 |
| | Email: cstella@aldf.org |
| 13 | |
| 14 | MARIO MARTINEZ |
| | Martinez, Aguilasocho & Lynch, APLC |
| 15 | P.O. Box 11208 |
| | Bakersfield, CA 93389 |
| 16 | T: (661) 859-1174 |
| | Email: mmartinez@farmworkerlaw.com |
| 17 | |
| 18 | *Counsel for Plaintiffs* |
| 19 | STACEY M. BOSSHARDT |
| | U.S. Department of Justice |
| 20 | Environment & Natural Resources Division |
| | P.O. Box 7611 |
| 21 | Washington, D.C. 20044 |
| 22 | T: (202) 514-2912 |
| | Email: stacey.bosshardt@usdoj.gov |
| 23 | |
| | *Counsel for Federal Defendant* |
| 24 | |
| | EMILY JOHNSON HENN |
| 25 | Covington & Burling LLP |
| 26 | 333 Twin Dolphin Drive, Suite 700 |
| | Redwood Shores, CA 94065-1418 |
| 27 | T: 650-632-4700 |
| | Email: ehenn@cov.com |
| 28 | |
| | *Counsel for Intervenor-Defendant* |